1  **CAROL ANN MOSES  #164193**
   Attorney at Law
2  575 East Alluvial, Ste. 105
   Fresno, California  93720
3  Telephone:  (559) 449-9069
4  Facsimile:   (559) 513-8530

5  Attorney for Defendant, Kevin Varley

6

7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,  | CASE NO.  6:14-mj-00055-MJS

12 |         Plaintiff,

13 |    v.                              | **STIPULATION TO CONTINUE INITIAL APPEARANCE TO AUGUST 26, 2014; ORDER THEREON**
14 | KEVIN VARLEY,
15 |         Defendant.

16

17      **IT IS HEREBY STIPULATED** by and between the Defendant, KEVIN VARLEY,

18  his attorney of record, CAROL ANN MOSES, and a Legal Intern for the National

19  Park Service, MATTHEW REDMAN, that the Initial Appearance in the above-captioned matter

20  currently scheduled for July 8, 2014, at 10:00 a.m. be continued until August 26, 2014 at 10:00

21  a.m.  Mr. Varley agrees to waive personal service and appear for his initial appearance on

22  August 26, 2014.

23  ///

24  ///

25  ///

26  ///

27  ///

28

STIPULATION TO CONTINUE
INITIAL APPEARANCE TO AUGUST 26, 2014

1

1   Ms. Moses is having eye surgery on July 8, 2014.  Mr. Varley is a packer in the back
2   country and would like to schedule his initial appearance when his busy season is completed.

3   Dated:  July 2, 2014                                              /s/ Carol Ann Moses
4                                                                              CAROL ANN MOSES
                                                                                Attorney for Defendant,
5                                                                              KEVIN VARLEY

6   Dated:  July 2, 2014                                              /s/ Matthew Redman
                                                                                MATTHEW REDMAN
7                                                                              Legal Intern
                                                                                National Park Service
8

9

10                                                    ORDER

11   The Court, having reviewed the above request HEREBY ORDERS AS FOLLOWS:

12   The Initial Appearance for KEVIN VARLEY shall be

13   continued to August 26, 2014, at 10:00 a.m.

14

15   IT IS SO ORDERED.

16
     Dated:   July 2, 2014                                    /s/ *Michael J. Seng*
17                                                                         UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE
INITIAL APPEARANCE TO AUGUST 26, 2014

2