1   HEATHER E. WILLIAMS, CA SBN #122664
    Federal Defender
2   ERIN SNIDER, CA SBN #304781
    Assistant Federal Defender
3   2300 Tulare Street, Suite 330
    Fresno, CA  93721-2226
4   Telephone: (559) 487-5561
    Fax: (559) 487-5950
5
    Attorney for Defendant
6   KEVINE VARLEY

7

8                   IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )
                                        )   Case No. 6:14-mj-00055-MJS
12              Plaintiff,              )
                                        )   JOINT MOTION TO WITHDRAW PETITION
13   vs.                                )   TO REVOKE PROBATION AND TO RECALL
                                        )   WARRANT; ORDER
14   KEVINE VARLEY,                     )
                                        )
15              Defendant.              )
                                        )
16   _____)

17        The parties, by and through their respective counsel, Yosemite Legal Officer Matthew

18   McNease, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for

19   defendant Kevine Varley, hereby jointly move to withdraw the July 27, 2015 petition to revoke

20   probation and further request that the Court recall the warrant issued on September 30, 2015.

21        On August 26, 2014, Mr. Varley pled guilty to operating a motor vehicle while under the

22   influence of alcohol in violation of 36 C.F.R. § 4.23(a)(1).  The Court placed Mr. Varley on 12

23   months of unsupervised probation.  Among other conditions of probation, Mr. Varley was

24   ordered to complete the First Time DUI Offender Program.

25        On July 27, 2015, the government filed a petition to revoke probation, alleging that Mr.

26   Varley failed to complete the First Time DUI Offender Program.  The following day, Mr. Varley

27   had his initial appearance on the petition.  At that time, defense counsel advised that Mr. Varley

28   had six more classes remaining before he completed the program.  The parties agreed to continue

1    the review hearing to September 30, 2015.  On September 30, 2015, Mr. Varley did not appear at

2    the review hearing, and the Court issued a warrant for his arrest.

3         The parties now jointly request that the petition to revoke be withdrawn and that the

4    warrant issued on September 30, 2015, be recalled.  Mr. Varley has provided to the government a

5    certificate of completion of the DUI program, which he completed on September 30, 2015.

6

7                                                       Respectfully submitted,

8

9    Date: October 22, 2015                    */s/ Matthew McNease*
                                                        MATTHEW MCNEASE
10                                                      Yosemite Legal Officer
                                                        Counsel for the Plaintiff
11

12                                                      HEATHER E. WILLIAMS
                                                        Federal Defender
13

14   Date: October 22, 2015                    */s/ Erin Snider*
                                                        ERIN SNIDER
15                                                      Assistant Federal Defender
                                                        Attorney for Defendant
16                                                      KEVINE VARLEY

17

18

19                                            **O R D E R**

20        Good cause appearing, the Court hereby grants the parties' joint request to withdraw the

21   July 27, 2015 petition to revoke probation in Case No. 6:14MJ0055MJS.  The Court recalls the

22   warrant issued on September 30, 2015.

23

24   IT IS SO ORDERED.

25

26    Dated:    October 22, 2015              /s/ *Michael J. Seng*
                                              UNITED STATES MAGISTRATE JUDGE
27

28

Varley / Stipulation                          -2-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28